AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Khadeejah Jeffery
DOB: XXXXXX

Carlton Jonson
DOB: XXXXXX

*Defendant(s)*

Case: 1:25-mj-00177
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 8/27/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 16, 2025  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 (Assaulting, resisting, or impeding certain officers and employees of the United States) - Khadeejah Jeffery | |
| 22 D.C. Code § 405 (Assaulting a Police Officer) - Carlton Jonson | |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Joseph Prendergast, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/27/2025

*Judge's signature*

City and state:  Washington, D.C.   Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*