# Exhibit 1

## 2025 CMD 009586 United States Vs. JEFFERY, KHADEEJAH MIS.3

- Case Type: Misdemeanor
- Case Status: Open
- File Date: 08/16/2025
- Status Date: 08/16/2025
- Next Event: 10/09/2025

**All Information** | **Party** | **Docket** | **Financial Dockets** | **Disposition**

### Party Information

**JEFFERY, KHADEEJAH**
- Defendant (Criminal)

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- MUTIMER, CHRISTOPHER J

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 08/16/2025 | Charge Filed Charge 1: Assault On A Police Officer | Image |
| 08/16/2025 | Gerstein Affidavit Filed | Image |
| 08/16/2025 | Event Scheduled<br>Event: Arraignment<br>Date: 08/16/2025   Time: 1:00 pm<br>Judge: RAFFINAN, MARIBETH   Location: Courtroom C-10 | |
| 08/16/2025 | Notice to Court (Attorney Appearance) Not Filed | |
| 08/16/2025 | Amended General Order (SCCRule 5(f)) | Image |
| 08/16/2025 | Attorney Appointed<br>Attorney POLIN, STEVEN G representing Defendant (Criminal) JEFFERY, KHADEEJAH as of 08/16/2025 | |
| 08/16/2025 | Pre Trial Report | Image |
| 08/16/2025 | Event Resulted - Release Status: PR PSA<br>AUSA Kieya Simpson  present in court.  S/I Karon Minor present in court<br>The following event: Arraignment scheduled for 08/16/2025 at 1:00 pm has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: RAFFINAN, MARIBETH   Location: Courtroom C-10<br>KHADEEJAH JEFFERY (Defendant (Criminal)); ; STEVEN G POLIN (Attorney) on behalf of KHADEEJAH JEFFERY (Defendant (Criminal)); Judge MARIBETH RAFFINAN on behalf of Judge MISDEMEANOR CAL 4 | |
| 08/16/2025 | Correction to Judge Assignment<br>The judge was changed from MISDEMEANOR CAL 4 to MISDEMEANOR CAL 3 | |
| 08/16/2025 | Event Scheduled<br>Event: Misdemeanor Initial Status Hearing<br>Date: 10/09/2025   Time: 9:30 am<br>Judge: MISDEMEANOR CAL 3   Location: Courtroom 112 | |
| 08/16/2025 | Release Conditions | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | Pre-Trial Services Release Form<br>Sent on: 08/16/2025 17:33:42.12 | |
| 08/16/2025 | CJA Eligibility | |
| 08/16/2025 | CJA Eligibility - Eligible with Contribution | |
| 08/20/2025 | Attorney Appointed<br>Attorney MUTIMER, CHRISTOPHER J representing Defendant (Criminal) JEFFERY, KHADEEJAH as of 08/20/2025 | |
| 08/20/2025 | Attorney Dismissed<br>Attorney POLIN, STEVEN G dismissed/withdrawn for JEFFERY, KHADEEJAH on 08/20/2025 | |
| 08/20/2025 | Notice of Retained Attorney Appearance<br>Attorney: MUTIMER, CHRISTOPHER J (1011284) | Image |
| 09/03/2025 | Notice of Non Compliance | Image |

### Financial Docket Information

| Date | Description |
|---|---|
| 08/16/2025 | Charge Filed |
| 08/16/2025 | Gerstein Affidavit Filed |
| 08/16/2025 | Event Scheduled |
| 08/16/2025 | Notice to Court (Attorney Appearance) Not Filed |
| 08/16/2025 | Amended General Order (SCCRule 5(f)) |
| 08/16/2025 | Attorney Appointed/Dismissed |
| 08/16/2025 | Pre Trial Report |
| 08/16/2025 | Event Resulted - Release Status: |
| 08/16/2025 | Correction to Judge Assignment |
| 08/16/2025 | Event Scheduled |
| 08/16/2025 | Release Conditions |
| 08/16/2025 | CJA Eligibility |
| 08/16/2025 | CJA Eligibility - Eligible with Contribution |
| 08/20/2025 | Attorney Appointed/Dismissed |
| 08/20/2025 | Attorney Appointed/Dismissed |
| 08/20/2025 | Attorney Appointed/Dismissed |
| 09/03/2025 | Notice of Non Compliance |
| Total | Total |

### Case Disposition

| Disposition | Date |
|---|---|
| Undisposed | |