**Exhibit 2**

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
### VS
### JEFFERY, KHADEEJAH
### CCN#: 25124690
### Arrest Number: 012521215

The event occurred on 08/16/2025 at approximately 01:25 at 636 WHARF STREET SW, WASHINGTON, DC 20024.

---

**BWC Activated**

**The Offense occurred on 8/16/2025 at 636 Wharf St SW Washington DC 20024 in PSA 103. Officer Baden #3158, Officer Boone #4710 and Sergeant Williams #S-923 were working the midnight tour in full uniform and in marked scout cars using call signs 1021M and 1CST2. In addition, FBI Special Agent Pride was in plain clothes working the midnight shift. At approximately 0125 hours the officers were dispatched to the listed location for a Disorderly.**

**When the officers arrived on scene they were met by R-1 who reported that Khadeejah Jeffery (here by referred to as Defendant Jeffery) was intoxicated and disorderly. The officers attempted to conduct a stop on Defendant Jeffery which is when Defendant Jeffery struck FBI Special Agent Pride in the chest area with a closed fist. FBI Special Agent Pride then conducts a tactical take down to subdue Defendant Jeffery.**

**Officers placed Defendant Jeffrey under arrest for APO and was transported to the 1st District for processing. Defendant Jeffrey was identified as Jeffery, Khadeejah DOB 01/20/1996 by word of mouth. WALES/NCIC check was conducted with negative results.**

---

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 08/16/2025

**BADEN 13103, HARRISON (08/16/2025) E-SIGNATURE**

| | |
|---|---|
| Police Officer | Unit Witness / Deputy Clerk **WILLIAMS 12032, ANDRE / 12032 (08/16/2025) E-SIGNATURE** |

**BADEN 13103, HARRISON / 13103**                    **WILLIAMS 12032, ANDRE / 2149 / 12032**

| | |
|---|---|
| Printed Name of Member / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405          Pg 1 of 1